# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| A WOMAN'S FRIEND PREGNANCY RESOURCE CLINIC, CRISIS PREGNANCY CENTER OF NORTHERN CALIFORNIA, ALTERNATIVES WOMEN'S CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA HARRIS, Attorney General of the State of California, In Her Official Capacity,<br><br>Defendant. | Case No.: 2:15−CV−02122−KJM−AC<br><br>**ORDER GRANTING APPLICATION FOR VOLUNTARY DISMISSAL OF PLAINTIFF, CRISIS PREGNANCY CENTER OF NORTHERN CALIFORNIA, WITHOUT PREJUDICE** |

ORDER GRANTING DISMISSAL OF PLANITFF, CRISIS PREGNANCY CENTER OF NO CAL

1

# **ORDER**

Attorneys for Plaintiffs and Defendant have submitted a stipulation and application for the voluntary dismissal, without prejudice, of one of the plaintiffs, Crisis Pregnancy Center of Northern California in the above-captioned case.

Based upon said stipulation, the application is hereby GRANTED. The parties shall bear their own costs.

IT IS SO ORDERED.

Dated: August 24, 2016

_____
UNITED STATES DISTRICT JUDGE