KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARC A. LEFORESTIER,
Supervising Deputy Attorney General
NOREEN P. SKELLY,
State Bar No. 186135
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-0349
  Fax: (916) 324-8835
  E-mail: Noreen.Skelly@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **A WOMAN'S FRIEND PREGNANCY RESOURCE CLINIC, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of the State of California, In Her Official Capacity,**<br><br>Defendant. | 2:15-cv-02122-KJM-AC<br><br>**ORDER ON STIPULATION TO STAY PROCEEDINGS PENDING DISPOSITION OF PLAINTIFFS' APPEAL OF DENIAL OF PRELIMINARY INJUNCTION**<br><br>Action Filed: October 10, 2015 |

**ORDER**

The Court having reviewed the foregoing Stipulation and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the trial court proceedings are stayed pending disposition of Plaintiffs' appeal of this Court's order denying the motion for preliminary injunction. Plaintiff shall notify this court within seven (7) days of disposition of the appeal.

**IT IS SO ORDERED:**

Dated: January 13, 2017.

_____
UNITED STATES DISTRICT JUDGE

1