| | |
|---|---|
| A WOMAN'S FRIEND PREGNANCY RESOURCE CLINIC, CRISIS PREGNANCY CENTER OF NORTHERN CALIFORNIA, ALTERNATIVES WOMEN'S CENTER,<br><br>Plaintiffs,<br><br>**v.**<br><br>XAVIER BECERRA, Attorney General of the State of California, in his official capacity,<br><br>Defendant. | 2:15-cv-02122-KJM-AC<br><br>**PERMANENT INJUNCTION AND ORDER OF DISMISSAL** |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

It is hereby ORDERED that Defendant Xavier Becerra, in his official capacity as the Attorney General of California, shall be permanently enjoined from enforcing the Reproductive FACT Act, California Health and Safety Code section 123470, et. seq. ("the Act");

It is further ORDERED that this action is dismissed with prejudice;

It is further ORDERED that Plaintiffs should be and hereby are declared prevailing parties for purposes of 42 U.S.C. § 1988;

/ / /

/ / /

It is further ORDERED that Plaintiffs shall have thirty (30) days from the entry of this Order and Judgment to submit any motion for attorney's fees and costs pursuant to 42 U.S.C. § 1988; and

It is further ORDERED that this Court shall retain jurisdiction over this action for purposes of implementing and enforcing the final judgment.

It is so ORDERED.

DATED: October 16, 2018.

_____
UNITED STATES DISTRICT JUDGE