1  XAVIER BECERRA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  NOREEN P. SKELLY
   State Bar No. 186135
4  Deputy Attorney General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 327-0349
     Fax: (916) 324-8835
7    E-mail: Noreen.Skelly@doj.ca.gov
   *Attorneys for Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A WOMAN'S FRIEND PREGNANCY RESOURCE CLINIC, CRISIS PREGNANCY CENTER OF NORTHERN CALIFORNIA, ALTERNATIVES WOMEN'S CENTER,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, IN HIS OFFICIAL CAPACITY,**<br><br>Defendant. | 2:15-cv-02122-KJM-AC<br><br>**STIPULATION AND JOINT REQUEST FOR COURT ORDER RE: THE PARTIES' SETTLEMENT OF PLAINTIFFS' CLAIM FOR ATTORNEY'S FEES AND COSTS; ORDER** |

1

Plaintiffs A Woman's Friend Pregnancy Resource Center and Alternatives Women's Center and Defendant Xavier Becerra, Attorney General for the State of California, sued in his official capacity, agree and stipulate as follows:

**BACKGROUND**

1. On October 10, 2015, Plaintiffs filed the complaint in this lawsuit. Plaintiffs filed an amended complaint on October 19, 2015.

2. On November 13, 2015, Plaintiffs moved this Court for a preliminary injunction against enforcement of the Reproductive FACT Act, California Health and Safety Code section 123470, et. seq. ("the Act"). On December 4, 2015, Defendant filed an opposition to the motion. On December 11, 2015, Plaintiffs filed a reply in support of the motion. On December 21, 2015, the Court issued an order denying the motion.

3. On December 23, 2015, Plaintiffs filed in the U.S. Court of Appeals, Ninth Circuit, a notice of appeal of this Court's ruling. Between January 20, 2016, and March 2, 2016, the parties briefed the appeal. On October 14, 2016, the Ninth Circuit issued an order affirming this Court's ruling.

4. On March 20, 2017, Plaintiffs filed in the U.S. Supreme Court a petition for a writ of certiorari regarding the Ninth Circuit's ruling. Between May 24, 2017, and June 2, 2017, the parties briefed the petition for a writ of certiorari. On June 28, 2017, the Supreme Court granted the petition for certiorari, vacated the Ninth Circuit's decision in *LivingWell Med. Clinic, Inc. v. Harris*, 669 Fed. Appx. 493 (9th Cir. 2016), and remanded the case for further consideration in light of *National Institute of Family and Life Advocates v. Becerra*, 585 U.S. ___ (2018) ("NIFLA").

5. On August 28, 2018, pursuant to the Supreme Court's decision in NIFLA, the Ninth Circuit reversed in part, and vacated in part, this Court's decision denying Plaintiffs' motion for a preliminary injunction;

6. On October 17, 2018, this Court entered an order: (1) permanently enjoining Defendant Becerra, in his official capacity as the Attorney General of California, from enforcing the Act; (2) declaring Plaintiffs prevailing parties for purposes of 42 U.S.C. § 1988; and (3)

2

dismissing the action with prejudice;

7. On November 14, 2018, Plaintiffs filed a motion for attorney's fees and costs, pursuant to 42 U.S.C. § 1988.

## THE PARTIES' REQUEST

Plaintiffs and Defendant Becerra have reached an agreement regarding attorney's fees and costs and jointly request that the Court enter the following order:

1. Defendant Becerra will pay to Plaintiffs a total of $244,475.89 in attorney's fees and costs ($232,531.42 in attorney's fees and $11,944.47 in costs).

2. This payment will completely satisfy Defendant Becerra's obligation to pay attorney's fees and costs in this matter; Plaintiffs will not be entitled to any interest.

3. This payment is contingent upon certification of availability of funds, the approval of the Director of the California Department of Finance, and the enactment by the Legislature and Governor of a "claims bill" that includes the agreed-upon amount.

4. Plaintiffs understand that the submission of the claims bill cannot be made without an order of this Court regarding the Parties' agreement for the payment of attorney's fees and costs.

5. Defendant Becerra anticipates that a claims bill including the settlement amount of $244,475.89 will be introduced in the Legislature in early 2019. Defendant Becerra agrees to keep Plaintiffs apprised of the bill's progress, and to act in good faith to facilitate its enactment as soon as practicable.

6. If the State fails to enact such a bill, or Defendant Becerra otherwise fails to pay the agreed-upon sum of $244,475.89 by June 30, 2019, Plaintiffs retain the right to ask this Court to put their motion for attorney's fees and costs back on calendar for hearing. In those circumstances, Defendant Becerra agrees not to oppose the request to put the matter back on calendar for hearing, and said request will be deemed timely.

/ / /

/ / /

/ / /

3

Stipulation and Joint Request for Court Order Re: the Parties' Settlement of Plaintiffs' Claim for Attorney's Fees and Costs; Order (2:15-cv-02122-KJM-AC)

| | | |
|---|---|---|
| Dated: January 3, 2019 | | Respectfully submitted, |
| | | XAVIER BECERRA<br>Attorney General of California<br>ANTHONY R. HAKL<br>Supervising Deputy Attorney General |
| | | */s/ Noreen P. Skelly* |
| | | NOREEN P. SKELLY<br>Deputy Attorney General |
| Dated: January 3, 2019 | | |
| | | BY: */S/ KEVIN T. SNIDER* |
| | | KEVIN T. SNIDER, PACIFIC JUSTICE INSTITUTE, ATTORNEY FOR PLAINTIFFS |

### **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated:  January 3, 2019         */s/ Noreen P. Skelly*
                                NOREEN P. SKELLY

4

Stipulation and Joint Request for Court Order Re: the Parties' Settlement of Plaintiffs' Claim for Attorney's Fees and Costs; Order  (2:15-cv-02122-KJM-AC)

**ORDER**

1. Defendant Becerra will pay to Plaintiffs a total of $244,475.89 in attorney's fees and costs ($232,531.42 in attorney's fees and $11,944.47 in costs).

2. This payment will completely satisfy Defendant Becerra's obligation to pay attorney's fees and costs in this matter; Plaintiffs will not be entitled to any interest.

3. This payment is contingent upon certification of availability of funds, the approval of the Director of the California Department of Finance, and the enactment by the Legislature and Governor of a "claims bill" that includes the agreed-upon amount.

4. Plaintiffs understand that the submission of the claims bill cannot be made without an order of this Court regarding the Parties' agreement for the payment of attorney's fees and costs.

5. Defendant Becerra anticipates that a claims bill including the settlement amount of $244,475.89 will be introduced in the Legislature in early 2019. Defendant Becerra agrees to keep Plaintiffs apprised of the bill's progress, and to act in good faith to facilitate its enactment as soon as practicable.

6. If the State fails to enact such a bill, or Defendant Becerra otherwise fails to pay the agreed-upon sum of $244,475.89 by June 30, 2019, Plaintiffs retain the right to ask this Court to put their motion for attorney's fees and costs back on calendar for hearing. In those circumstances, Defendant Becerra agrees not to oppose the request to put the matter back on calendar for hearing, and said request will be deemed timely.

IT IS SO ORDERED.

DATED: January 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

5

Stipulation and Joint Request for Court Order Re: the Parties' Settlement of Plaintiffs' Claim for Attorney's Fees and Costs; Order (2:15-cv-02122-KJM-AC)